UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nidal Melhem,<br><br>      Plaintiff,<br><br>vs.<br><br>Lincoln Life Assurance Company of Boston,<br><br>      Defendant. | Civil Case No: 20-CV-02264-DSD-JFD<br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties filed a Stipulation for Dismissal with Prejudice on December 6, 2021. Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED** in its entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

Dated: December 6, 2021         s/David S. Doty_____
                                David S. Doty, Judge
                                United States District Court